**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian E Rodriguez             CHAPTER 7

Debtor(s)

BKY. NO. 23-11302 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
11 May 2023, 14:40:12, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: ba3212e3c94fe720e05dbb4b83f4c793ba0824f13e5f532fef24cf067dacc6fe