Certificate Number: 03088-PAE-DE-037708119

Bankruptcy Case Number: 23-11302



03088-PAE-DE-037708119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2023, at 11:06 o'clock PM CDT, Brian E Rodriguez completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 24, 2023          By:  /s/Doug Tonne

                                Name:  Doug Tonne

                                Title:  Counselor