*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Brian Eliecer Rodriguez : Case No. 23–11302–pmm
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 1, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

          By The Court

          Patricia M. Mayer
          Judge, United States Bankruptcy Court

13
Form 195