United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-11302-pmm

Brian Eliecer Rodriguez                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                              Page 1 of 1

Date Rcvd: Sep 01, 2023                    Form ID: 195                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

**Recip ID          Recipient Name and Address**
db              +   Brian Eliecer Rodriguez, 16A Hellers Chruch Road, Leola, PA 17540-1741

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

ALAINE V. GRBACH
                                  on behalf of Debtor Brian Eliecer Rodriguez avgrbach@aol.com

BONNIE B. FINKEL
                                  finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net

BONNIE B. FINKEL
                                  on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net

MICHAEL PATRICK FARRINGTON
                                  on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 mfarrington@kmllawgroup.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 7


Brian Eliecer Rodriguez                                   : Case No. 23–11302–pmm
                   Debtor(s)


***ORDER***
_____


    AND NOW, this day , September 1, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                    By The Court

                                    Patricia M. Mayer
                                    Judge, United States Bankruptcy Court


                                                                          13
                                                                      Form 195